# United States Court of Appeals
## For the First Circuit

No. 17-1856

KRISTIN BLOMQUIST; KEVIN WARNER,

Plaintiffs, Appellants,

v.

THE HORNED DORSET PRIMAVERA, INC.;
UNIVERSAL INSURANCE GROUP, INC.,

Third Party Plaintiffs, Appellees,

VICTORIA BANUCCI; MICHAEL DIXON;
CONJUGAL PARTNERSHIP BANUCCI-DIXON,

Third Party Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on May 31, 2019, is amended as follows:

On page 2, line 19, change "Discontent" to "Discontented"

On page 4, footnote 3, replace "vertical" with "horizontal"

On page 5, footnote 5, lines 6-7, insert the word "accidental" at the end of "is based on the premise that Blomquist's fall was"